AO 106 (Rev. 5/85) Affidavit for Search Warrant

# United States District Court

Southern **DISTRICT OF** California

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Priority Mail parcel with Delivery Confirmation Label 0307 0020 0004 6541 8154 addressed ot L D Thompson, 425 Hartford Turn Pike, Vernon, CT 06066 with a return address of Mildred Scott, 3210 Marlborough ST, San Diego, CA 92105

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER: '07 MJ 2906

I, A.L. Flores _____ being duly sworn depose and say:

I am a(n) U. S. Postal Inspector _____ and have reason to believe
    Official Title

that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
The above described Mail article, which is in the custody of the U. S. Postal Service

in the Southern _____ District of California _____
there is now concealed a certain person or property, namely (describe the person or property)
Controllled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841 (a) (1), 843(b) and 846

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence and contraband.

in violation of Title 21 _____ United States Code, Section(s) 841 (a) (1), 843(b) and 846
The facts to support the issuance of a Search Warrant are as follows:
See the attached affidavit of A. L. Flores, Postal Inspector (incorporated by reference here in).

Continued on the attached sheet and made a part hereof.    ☒ Yes   ☐ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

12/10/07
Date

at SD, CA
   City and State

**BARBARA L. MAJOR**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT FOR SEARCH WARRANT

I, Ana Flores, being duly sworn hereby depose and state:

1. I am a United States Postal Inspector currently assigned to the San Diego Field Office of the Postal Inspection Service and my duties include investigating violations of the Drug Abuse Prevention and Control Act.

2. This affidavit is submitted in support of an application for search warrant(s) for the following six Priority parcels with Delivery Confirmation tracking numbers. The parcels are hereinafter identified as parcels #1 through #6. All six parcels are associated to one investigation, details of which will be further described in this affidavit.

3. Parcel #1 with the tracking # 0306-1070-0003-5451-9255 is addressed to Tameka Williams, 440 Asylum St, Hartford, CT 06103. The parcel listed the return information of Jean Sharpe, 2620 Alta View, San Diego, CA 92139. This parcel was mailed on December 6, 2007 at approximately 10:20 am from the Paradise Hills Post Office, 2356 Reo Drive, San Diego, CA 92139. The parcel weighed approximately 20 lbs. 8 ozs.

4. Parcel #2 with the tracking # 0306-1070-0003-5451-9248 is addressed to Laura Wilson, 9438 Channing Circle #1508, Tampa, FLA 33617. The parcel listed the return information of Dee Dee Wilson, 6010 Edge Water, San Diego, CA 92139. This parcel was mailed on December 6, 2007 at approximately 10:23 am from the Paradise Hills Post Office, 2356 Reo Drive, San Diego, CA 92139. The parcel weighed approximately 25 lbs. 12 ozs.

5. Parcel #3 with the tracking # 0307-0020-0003-2645-5205 is addressed to Lisa Wells, 13901 North Florida Ave, Tampa, FLA 33613. The parcel listed the return information of Rosa Lee Marshall, 1722 Alpha St., National City, CA 91950. This parcel was mailed on December 6, 2007 at approximately 10:46 am from the National City Post Office, 710 E 16th St, National City, CA 91950. The parcel weighed approximately 25 lbs. 6 ozs.

6. Parcel #4 with the tracking # 0307-0020-0004-6541-8154 is addressed to L.D. Thomston, 425 Hartford Turn Pike, Vernon, CT 06066. The parcel listed the return information of Mildred Scott,

3810 Marlborough St., San Diego, CA 92105. This parcel was mailed on December 6, 2007 at approximately 11:28 am from the City Heights Post Office, 4193 University Ave, San Diego, CA 92105. The parcel weighed approximately 25 lbs. 7 ozs.

7. Parcel #5 with the tracking # 0307-1790-0000-7521-5135 is addressed to Lily Wallace, 12502 Trail Blazer Loop, Apt. 104, Tampa, FLA 33625. The parcel listed the return information of Brenda Wallace, 4502 Felton, San Diego, CA 92116. This parcel was mailed on December 6, 2007 at approximately 11:43 am from the John Adams Post Office, 3288 Adams Ave, San Diego, CA 92116. The parcel weighed approximately 25 lbs. 11 ozs.

8. Parcel #6 with the tracking # 0307-1790-0000-7602-9762 is addressed to Allen Anderson, 333 Roberts St., East Hartford, CT 06108. The parcel listed the return information of Rose Carey, 4105 Kansas, San Diego, CA 92116. This parcel was mailed on December 6, 2007 at approximately 12:46 pm from the North Park Post Office, 3791 Grim Ave, San Diego, CA 92104. The parcel weighed approximately 25 lbs. 8 ozs.

9. I have been employed as a Postal Inspector since July 2003. From October 2003 through September 2005, I was assigned to the Internal Crimes / Mail Theft Investigations Team. Previous to that, I was employed with the United States Postal Service (USPS) for more than eight years. In July 2006, I received specialized training from the U.S. Postal Inspection Service which included instruction regarding individuals using the U.S. Mails to transport controlled substances and proceeds from the sale of controlled substances as well as the use of Postal Money Orders and other negotiable instruments to launder the proceeds of controlled substances transactions. In May 2007, I completed 80 hours narcotics investigations training by attending the Drug Enforcement Administration's Basic Narcotic Investigator School. In November 2007, I completed 30 hours training from the California Narcotics Officers Association, relative to the investigation of narcotics trafficking.

10. I have been involved in more than 100 investigations involving the shipment of illegal narcotics and controlled pharmaceuticals as well as drug proceeds through the US Mails. I have also investigated individuals who have used US Postal Money Orders, commercial money orders and

other types of negotiable instruments to launder the proceeds of illegal narcotics and controlled pharmaceuticals. These investigations have resulted in the arrests of individuals involved in the illegal mailing of narcotics, the seizure of illegal narcotics, controlled pharmaceuticals and proceeds of illegal narcotics and controlled pharmaceuticals.

11. Based upon my training, experience and discussions with other Postal Inspectors and agents I know the following in summary:

   a. Individuals who regularly handle controlled substances leave the scent of controlled substances on the currency and other items they handle. Proceeds from these sales are often stored in close proximity to the controlled substances, thereby transferring the odor of the controlled substance to the monies and packaging materials. Narcotic canines are trained to alert on the scents of controlled substances.

   b. The Postal Inspection Service and DEA Narcotic Task Force Commercial Interdiction Team have worked aggressively to limit the use of shipping companies and the U.S. Mail for the transportation of controlled substance through these companies.

   c. Ongoing investigations have disclosed that Priority/overnight and "two day" parcel deliveries have become a method of choice by drug dealers for the transportation of contraband or the proceeds of narcotic sales.

   d. I know that Southern California is a source region for controlled substances being mailed throughout the United States. The proceeds from these narcotic transactions are then transported via the U.S. Mails and other communication facilities back to Southern California, the source of the controlled substances.

   e. Drug dealers prefer the U.S. Mail, (but will sometimes utilize commercial shipping companies), specifically "Express Mail" or "Priority Mail," for the narcotic or narcotic proceeds transportation for various reasons, some of which are listed below:

      1. Items sent via "Express Mail" or "Priority Mail" are considered to be first-class mail, therefore, cannot be examined without a Federal Search Warrant.

      2. "Express Mail" is usually requested to be delivered by the next day's mail.

3

  3. "Priority Mail" is usually requested to be delivered within two days of mailing.

  4. Dispatch times for "Express Mail" are specific and are controllable by the mailer/shipper.

  5. Any delay to the mail is an indication to the mailer the mail items have been possibly compromised by law enforcement agencies to obtain a search warrant.

  6. While it is not always the case that a delay of "Express Mail" or "Priority Mail" is for law enforcement purposes, those involved in illegal transactions have found that the odds are against delays in deliveries of "Express Mail" or "Priority Mail" by United States Postal Service.

  7. "Express Mail" and Priority Mail" may weigh up to 70 pounds and is desired for large volume shipments.

f. Businesses are more likely to use Express Mail and Priority Mail than First-class Mail in the course of normal business and will often use an Express Mail Corporate Account Number for the billing of the mailed articles.

g. Criminals who are involved in trafficking of controlled substances and drug proceeds will often receive multiple Express Mail articles within a short time period of each other.

h. Criminals who are involved in trafficking of controlled substances and drug proceeds will often use multiple Post Office Boxes, Commercial Receiving Agencies and addresses in foreign countries to conceal their true identities and place of residence.

i. I also know that drug orders containing currency, checks or money orders sometimes do not contain the presence of controlled substances because persons involved in shipping often utilize packing methods and sanitation procedures to conceal the odor or controlled substances.

j. I also know from talking to U.S. Postal Service Supervisors and employees responsible for handling the mail that Express Mail is insured for up to $100 in case of loss or damage. Insurance for Priority Mail may be purchased at an additional fee.

Customers are discouraged from sending U.S. currency via the U.S. Mails and are encouraged to purchase negotiable instruments as a means to send currency by the U.S. Postal Service.

k.  I also know through my training and experience that drug dealers will often use legitimate names and addresses of persons other than their own, or occupants at the residence, in order to receive controlled substances and/or proceeds/monetary instruments at their residence under names other than their own and to avoid suspicion.

12. The information in this affidavit is based upon information I have gained from my investigation, my personal observations, my training and experience as well as information related to me by other Postal Inspectors and law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.

13. On December 6, 2007, during routine interdiction activities at the Midway Processing and Distribution Facility (P&DF) located in San Diego, CA, I identified six suspicious parcels, which are the subject of this affidavit, and retrieved them for further investigation. The parcels were suspicious, in part because the labels on all six parcels were handwritten. Although I am not a handwriting expert, the handwriting on all the labels was similar in that they appeared to have been written by the same person.

14. Additionally, all six parcels appeared identical in their physical appearance and are further described as brown cardboard shipping boxes bearing the logo from "Office Depot" which is located on one of the flaps underneath each parcel. Furthermore, all the parcels are identical in size, each with the pre-printed size dimensions of 21 ½" x 15" x 12" which is also located on one of the flaps underneath each parcel.

15. During the course of this investigation, I obtained and reviewed the video taped surveillance taken at the Post Office locations where the mailings took place.

16. Parcels #1 and #2 were mailed at the same time from the Paradise Hills Post Office. I reviewed the surveillance video and identified the individual who mailed the two suspect parcels. The mailer is described as an adult African American female. She is of a heavy build and was wearing a blue hat, dark shades, a long sleeved shirt, blue pants and a long silver necklace.

17. Parcel #3 was mailed from the National City Post Office. I attempted to review this video but it appeared the video recorded had not been turned on for this date; therefore, the surveillance of the mailing was not recorded.

18. Parcel #4 was mailed from the City Heights Post Office. I reviewed the surveillance video and identified the individual who mailed the suspect parcel. She is the same individual who was video tape recorded mailing Parcels #1 and #2. The mailer was wearing the same clothing as previously described in paragraph 16.

19. Parcel #5 was mailed from the John Adams Post Office. I reviewed the surveillance video and identified the individual who mailed the suspect parcel. She is the same individual who was video tape recorded mailing Parcels #1, #2 and #4. The mailer was wearing the same clothing as previously described in paragraph 16.

20. Parcel #6 was mailed from the North Park Post Office. I attempted to review this video but it appeared the video recorded had not been turned on for this date; therefore, the surveillance of the mailing was not recorded.

21. Although I was unable to review the surveillance video from the National City Post Office and the North Park Post Office which would have depicted the mailing of Parcels #3 and #6 respectively, based on the totality of the circumstances, I believe that all six parcels were mailed by the same individual.

22. On December 7, 2007 I met with Probation Officer Michael Anderson and his trained narcotic detection canine, Kilo, at the Midway P&DF located in San Diego, CA. Officer Anderson and Kilo conducted an exterior inspection of the subject parcels. When Kilo examined Parcels #1 through #6 as described above, Officer Anderson advised me that Kilo had positively alerted to the presence of the odor of controlled substances in Parcels # 1, 2, 3 and 5. Further inspection of

1  Parcels #4 and #6 revealed these two parcels had the seams completely sealed with clear shipping tape. I know from previous investigations that sealing the seams of parcels is one method drug traffickers use to help prevent the odor of controlled substances from emanating from within the parcels. Based on the cumulative facts established in the mailing of all six parcels I secured the subject parcels pending applications for the issuance of search warrants. The qualifications of canine Kilo are contained in attachment A.

23. Based on the facts set forth in this affidavit, I submit that there is probable cause to believe controlled substances, notes and/or currency from the illegal sale and mailing of controlled substances is being concealed in the six subject parcels as described above and seek the issuance of a search warrant directing the search of the articles as described above and the seizure of the articles, any controlled substances, currency, and/or materials and documents reflecting the distribution of controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

*Ana Flores*
Ana Flores
Postal Inspector

Sworn to before me, and subscribed in my presence, on this
10th Day of Dec, 2007.

U. S. Magistrate Judge

7

ATTACHMENT A
For
Michael J. Anderson and K-9 Kilo

     Michael Anderson has been a Probation Officer for the San Diego County Probation Department for the past 17 years and is currently assigned to the East County Gang Task Force. Officer Anderson is also the Probation Department's Narcotic K-9 handler. In addition, Officer Anderson assists the Jurisdictions Unified for Drug and Gang Enforcement (J.U.D.G.E.), San Diego Integrated Narcotics Task Force (NTF), Field Action Specialty Team (FAST), and local Post Offices as well as the San Diego Police Department in searches for narcotics. Officer Anderson is a member of the California Narcotics Officers Association as well as the California Narcotic Canine Association.

     On July 2003, he was assigned the responsibility of training and working with the San Diego Probation Department's narcotic K-9, Kilo, ID#K1. Between July and August 2003, San Diego Police Officer Steve Sloan trained Kilo and Officer Anderson in the area of narcotics. Officer Anderson and Kilo have been involved in training exercises where known controlled substances, containers, or paraphernalia were hidden. Kilo's alert consists of physical and mental reactions, which include a heightened emotional state and coming to a complete "sit" when his physical position allows.

     On August 16, 2003 after 40 hours of training in the detection of marijuana, heroin, methamphetamine and cocaine, California Narcotics Canine Association certifying official Tom Iverson certified Kilo as 100% proficient in the detection of the same.

     On November 14, 2003, Kilo was re-certified by California Narcotics Canine certifying official Tom Moore.

     On 5/03/2005, Kilo was re-certified by California Narcotics Canine certifying official Mary Bohnnett.

     On 3/31/06, Kilo was re-certified by California Narcotics Canine certifying official Joe Priebe.

     On 12/1/06, Kilo was re-certified by California Narcotics Canine certifying official Joe Priebe.

Prior to Officer Anderson and Kilo becoming certified as a team, Kilo received 100 hours of training in the detection of marijuana, heroin, methamphetamine and cocaine by California Narcotics Canine Association certifying official Mary Bohnnett. To date, Kilo has completed a total of 475 hours of training.